IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC 19 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Edward Brown El #201344_ )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:06-CV-1117-MEF
_Kenneth Scounyer, Capt.;_ )  (To be supplied by Clerk of
_Stephaine Scott, Counselor; Patricia_ )  U.S. District Court)
_Brantley, COI; Linda Glenn, COI; Brian_ )
_Mitchell, Counselor; Bob Riley,_ )
_Governor; Richard Allen, Commissioner_ )
_Gwenolyn Moseley, Warden; Anthony Askew_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES ( )  NO (✓)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES ( )  NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____N/A_____

           Defendant(s) _____N/A_____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Fac., 200 Wallace Drive, Clio, Alabama 36017_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Easterling Corr. Fac. Alabama Department of Corrections_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                     ADDRESS
   _Brian Mitchell, 200 Wallace Drive, Clio, AL 36017_
1. _Stephaine Scott, 200 Wallace Drive, Clio, AL 36017_
   _Richard Allen, 301 South Ripley Street, P.O. Box 302405, Montgomery, AL 36130_
2. _Bob Riley, Alabama State Capitol, 11 South Union Street, Montgomery, AL 36130_
   _Patricia Brantley, 200 Wallace Drive, Clio, AL 36017_
3. _Linda Glenn, 200 Wallace Drive, Clio, AL 36017_
4. _Gwendolyn Moseley, 200 Wallace Drive 36017_
5. _Anthony Askew, 200 Wallace Drive 36017_
6. _Kennith Scounyer, 200 Wallace Drive 36017_

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _7-2-04; July 3, 2006 and Continuously_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants Riley, Allen, Moseley, Mitchell, Brantley, Glenn, Scounyer acted in concert to violate my 8th and 14th Amend. U.S.C.A. Const. by overcrowding, lack of security, health hazard situation, imminent danger, punitive segregation by housing me in a maximum security prison disguise as a level IV. Defendant Askew make a deliberate indifference between religous sects by refusing to grant Moorish Science Temple Muslims the religous equal opportunity to have outside guest to come into the prison to bring food for plaintiff religous gathering as Christains and other religous sects at Easterling is allowed to do._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The defendants herein have in fact acted in concert to violate my 8th and 14th Amendment rights of the United States Constitution to be free from the imminent danger of overcrowding, lack of security, Health Hazard Situation. Defendant Anthony Askew has failed in his religious obligation to treat religious sects equally and unbias, and not violate Plaintiff 1st Amend. U.S.C.A. Const.

GROUND TWO: Malicious Prosecution, Failure to follow Admin. Reg #403, Punitive Segregation in 6A and 5 dorm by defendants Brantley, Glenn and Scounyer acting in concert to violate my 8th, 4th and 14th Amendment rights.

SUPPORTING FACTS: On June 19, 2006 Plaintiff was served a rule violation from Admin. Reg. #403 rule #38 Indecent Exposure. On 7-3-06 I was subsequently taken to a hearing by defendants and subsequently found guilty on strictly hearsay testimony with no evidence in support. Plaintiff was was given 45 days in punitive segregated 6A & 5 dorms and defendant Scounyer approved this violation on 7-5-06.

GROUND THREE: Defendants Scott fail to follow Crime Bill SAP criteria to treat inmates for substance abuse of drugs, but instead implement punishment on the punitive bases with inmates over inmates writing Rule Violations which undermind security.

SUPPORTING FACTS: Defendant Scott fail to follow proper treatment guidelines of Crime Bill SAP that does not place ill inmates under the hands and authority of other inmates to exstort the weaker inmates to be trixed out of their store goods to avoid criminals under the disguise of Peace Keepers or sit hours on a hard surfaced bench that cut off blood circulation, etc... Defendant Scott being a former Security Officer has brought punishment to Crime Bill instead of treatment, coupled with arbitrary harassment, in violation of Plaintiff 8th and 14th Amendment rights.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Plaintiff seek a trial by Jury, for Punitive treatment and deliberate indifference Plaintiff see 2 million dollars and that the punitive deliberate indifference of Plaintiff and his religous faith stop.*

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  12-18-06  .
            (Date)

_____
Signature of plaintiff(s)

4