IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 19 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EDWARD BROWN EL #201344,
    Plaintiff,

V.

BOB RILEY, et al.,
    Defendants.

CIVIL ACTION NO. 2:06-CV-1117-MEF
(To Be Supplied By Clerk of U.S. District Court)

MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Plaintiff Edward Brown El, by and through PRO/SE in the above style Civil Action hereby Move this court on motion to proceed in forma pauperis, and in support Plaintiff states the following:

Plaintiff is indigent and unable to pay for the filing of this Civil Action, and the defendants refuse to process Plaintiff forma pauperis form as required by Federal Statue.

Done this 18th day of December 2006.

Respectfully Submitted,
Edward Brown El