2:06-CV-1117-MEF

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                 EASTERLING CORR FACILITY

                                    RECEIVED
AIS #: 201344   NAME: BROWN, EDWARD ELIJAH          AS OF: 01/11/2007

                                    2007 JAN 17 A 9:33
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | DEPOSITS |
|-------|-----------|-------------------|----------|
| JAN   | 20        | $0.37             | $0.00    |
| FEB   | 28        | $0.37             | $0.00    |
| MAR   | 31        | $2.72             | $42.00   |
| APR   | 30        | $0.92             | $0.00    |
| MAY   | 31        | $0.92             | $0.00    |
| JUN   | 30        | $0.92             | $0.00    |
| JUL   | 31        | $0.92             | $0.00    |
| AUG   | 31        | $0.92             | $0.00    |
| SEP   | 30        | $0.92             | $0.00    |
| OCT   | 31        | $0.92             | $0.00    |
| NOV   | 30        | $0.92             | $0.00    |
| DEC   | 31        | $0.92             | $0.00    |
| JAN   | 11        | $0.92             | $0.00    |

Bal .92

McFaull, Acct Clerk

SCANNED

RH 1/17/07