**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Easterling Correctional Facility
c/o Patricia Brantley, CO I
200 Wallace Drive
Clio, AL 36017

2:06CV1117-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sharon Blake_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
1/31/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Cnp ε Op

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 8193 0395

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Easterling Correctional Facility
c/o Brian Mitchell, Counselor
200 Wallace Drive
Clio, AL 36017

2:06CV1117-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sharon Blake_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
1/31/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Cnp ε Op

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 8193 0418

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Easterling Correctional Facility
c/o Kennith Scounyer
200 Wallace Drive
Clio, AL 36017

2:06CV1117-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sharon Blake_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
1/31/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Cnp ε Op

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 8193 0371

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Easterling Correctional Facility
   c/o Stephanie Scott, Counselor
   200 Wallace Drive
   Clio, AL 36017

   2:06CV1117-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Naun Blake_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 1/31/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Cnipe Cp

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 0388

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Easterling Correctional Facility
   c/o Linda Glenn, COI
   200 Wallace Drive
   Clio, AL 36017

   Cnipe Cp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Naun Blake_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 1/31/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV1117-MEF

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 0401

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Easterling Correctional Facility
   c/o Gwendolyn Moseley, Warden
   200 Wallace Drive
   Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Naun Blake_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 1/31/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV1117-MEF

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 0432

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X [signature] ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery 1/31/07 |
| 1. Article Addressed to:<br><br>Easterling Correctional Facility<br>c/o Anthony Askew<br>200 Wallace Drive<br>Clio, AL  36017<br><br>2:06cv1117mef | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>Cpt. Coop<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 0449 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540